IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

**CARMANSITA WASHINGTON**       :
5804 30th Avenue                :
Hyattsville, MD 20782           :
                                :
    Plaintiff  : **Civil Action No:**
                                :
v.                              :
                                :
**Washington Metropolitan Area**    :
**Transit Authority**               :
600 5th Street, NW              :
Washington, DC 20001            :
                                :
**SERVE:**                      :
                                :
**Carol B. O'Keeffe**           :
Office of General Counsel       :
Washington Metropolitan Area    :
Transit Authority               :
600 5th Street, NW              :
Washington, DC 20001            :
                                :
    Defendant. :

## COMPLAINT

**(Personal Injury/Slip and Fall)**

1. This Honorable Court has jurisdiction of this case by virtue of Section 81 of The WMATA Compact, DC Code §9-1107.01 and 28 U.S.C., §1332, and by virtue of 28, U.S.C., Section 1391.

2. Plaintiff, Carmansita Washington is a resident and domiciliary of Prince George's County, Maryland and was such at all times pertinent to this action.

Document Produced by deskPDF Unregistered :: http://www.docudesk.com

3. Defendant Washington Metropolitan Area Transit Authority ["WMATA"] is a municipal corporation created by Interstate Compact between the Commonwealth of Virginia, the state of Maryland, and the District of Columbia, approved by an Act of Congress, Pub. L. No. 89-774 (November 6, 1966).

4. On or about December 8, 2003, at approximately 9:15 a.m., plaintiff was exiting a subway train at the Vienna Metrorail station in the Fairfax County, Virginia.

5. At all times, the Vienna Metrorail Station was owned and under the control of defendant, Washington Metropolitan Area Transit Authority.

6. At the above time and place, plaintiff exited the train onto the subway platform, took a few steps and suddenly slipped and fell on the platform cause her injuries.

7. At the above time and place, upon information and belief said platform had been treated by Defendant with TETRA 94™ a substance known to cause walking surfaces to become slick and remain wet for an extended period of time.

8. Plaintiff laid on the platform for a length of time before paramedics arrived to transport her to the hospital for treatment.

9. Upon information and belief, the surface of the section of platform where plaintiff was lying when paramedics arrived was shiny and slippery.

### NEGLIGENCE - DUTY OWED

10. At the above time and place, there was no warning signs to alert plaintiff of the hazardous conditions which existed on the platform.

11. That Defendant owed Plaintiff a duty of care, in the maintenance of the subway platform.

12. That Defendant breached its' duty of care to Plaintiff as an invitee, when it failed to

Document Produced by deskPDF Unregistered :: http://www.docudesk.com

maintain the premises in a reasonable safe condition.

13. That as a direct result of the breach of duty and sole negligence of the defendant, Plaintiff slipped and fell suffering among other injuries a fractured elbow. Said negligence included, but is not necessarily limited to, failure to clean the slippery substance from the platform, failure to properly inspect the treated site, failure to use the substance as directed, failure to warn of a slipping hazard, failure to provide reasonably safe premises for invitees, and other acts of negligence.

14. That a direct result of said occurrence, plaintiff has sustained injuries and will continue to suffer physical and emotional injury some of which are permanent, with accompanying pain, suffering and other economic and non-economic loss in excess of $150,000. In addition, plaintiff has incurred and will continue to incur medical expenses and other economic loss.

**WHEREFORE**, plaintiff seeks judgment against defendants, in the sum of Three Hundred Thousand Dollars ($300,000.00), plus interest and costs.

Document Produced by deskPDF Unregistered :: http://www.docudesk.com

## OATH

      I solemnly affirm under the penalties of perjury that the contents of the foregoing are true and correct to the best of my knowledge, information and belief.

_____       _____
Date                                     Carmansita Washington
                                                Plaintiff

Respectfully submitted,

_____

Lorenzo Randle, Bar #379721
6811 Kenilworth Avenue, Suite 210
Riverdale, MD 20737
(301) 779-7111
Attorney for Plaintiff

## JURY DEMAND

Plaintiff seeks a trial by jury on all issues.

_____
Lorenzo Randle

Document Produced by deskPDF Unregistered :: http://www.docudesk.com