IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

**CARMANSITA WASHINGTON**               :
                                        :
    Plaintiff,       :
                                        :
v.                                      :     Case No.:     05:1CV02341
                                        :
**Washington Metropolitan Area**        :
**Transit Authority**                   :
                                        :
    Defendant.       :

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

    I, FELICIA SHAW, being first duly sworn according to law, depose and say this 15TH day of December 2005, that I am over eighteen years of age, that I have a bona fide business address in the State of Maryland at 6811 Kenilworth Avenue, Riverdale, Maryland 20737, and that I am not a party to and not otherwise interested in the above-captioned suit.

    I further certify that I served the person/company identified below as follows:

    1.    That on December 8, 2005, by certified mail, return receipt requested, a Summons and Complaint in the above-captioned matter was mailed to Carol B. O'Keeffe, Office of General Counsel, Washington Metropolitan Area Transit Authority, 600 5th Street NW, Washington, DC 20001.

    2.    That on December 14, 2005, the Domestic Return Receipt was received at Randle & Randle, Attorneys at Law noting that the Summons and Complaint were received on December 13, 2005. The original return receipt signed by the authorized agent is attached.

    **I DO SOLEMNLY DECLARE AND AFFIRM, UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING AFFIDAVIT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.**

                                                                    _/s/ Felicia Shaw_
                                                                    Felicia Shaw
                                                                     (301) 779-7111

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _A. Ollin_  ☒ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>_J. Surrian_  12/13/05 |
| 1. Article Addressed to:<br>Carol B. O'Keeffe<br>Ofc. of General Counsel<br>Washington Metropolitan<br>Area Transit Authority<br>600 5th Street, NW<br>Wash., DC 20001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>DEC 1 4 2005<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2890 0002 3193 5885 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Randle & Randle
Attorneys at Law
The Calvert Building
6811 Kenilworth Avenue, Suite 210
Riverdale, MD 20737

C. Washington