IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARMANSITA WASHINGTON**<br>5804 30th Avenue<br>Hyattsville, MD 20782<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**WASHINGTON METROPOLITAN<br>　AREA TRANSIT AUTHORITY**<br>600 Fifth Street, N.W.<br>Washington, D.C. 20001<br><br>　　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:　Case No.1:05CV02341-JDB<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**DEFENDANT WMATA'S
CONSENT MOTION FOR LEAVE
TO FILE ANSWER OUT OF TIME**

　　Defendant Washington Metropolitan Area Transit Authority ("WMATA"), respectfully moves the Court for leave to file its Answer 3 days out of time. WMATA was served with the Complaint on December 13, 2005, making its Answer due on January 3, 2006. However, WMATA's staff inadvertently calendered the Answer as being due 30 days, rather than 20 days, after service. When the error was discovered, WMATA promptly prepared, and is lodging concurrently with this Motion, its Answer. Consequently, the 3-day delay was the result of excusable neglect.

　　Counsel for Plaintiff has graciously authorized the undersigned to state that he consents to the granting of this Motion.

**POINTS AND AUTHORITIES**

　　Fed. R. Civ. P. 6(b)

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
 TRANSIT AUTHORITY

Carol B. O'Keeffe #445227
General Counsel

/s/
---
Mark F. Sullivan #430876
Deputy General Counsel

/s/
---
Donna L. Gaffney #428725
Assistant General Counsel
600 Fifth Street, N.W.
Washington, D.C.  20001
(202) 962-1466
Attorneys for Defendant WMATA

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Defendant WMATA's Consent Motion for Leave to File Answer Out of Time** was mailed, postage prepaid, on this 6th day of January, 2006 to:

Lorenzo Randle, Esq.
6811 Kenilworth Avenue
Suite 210
Riverdale, MD 20737

/s/
---
Donna L. Gaffney

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARMANSITA WASHINGTON**  :<br>:<br>Plaintiff,  :<br>:<br>v.  :<br>:<br>**WASHINGTON METROPOLITAN**  :<br>**AREA TRANSIT AUTHORITY**  :<br>:<br>Defendant.  :<br>: | Case No.1:05CV02341-JDB |

## ORDER

Upon consideration of Defendant WMATA's Consent Motion for Leave to File Answer Out of Time, and good cause having been shown, its by the Court this _____ day of January, 2006:

ORDERED, that the Motion is granted and the lodged Answer is hereby accepted as filed.

_____
United States District Judge