Judicial Caseload Profile Report

# U.S. DISTRICT COURT — JUDICIAL CASELOAD PROFILE

## VIRGINIA EASTERN
### 12-MONTH PERIOD ENDING SEPTEMBER 30

| | | 2005 | 2004 | 2003 | 2002 | 2001 | 2000 | Numerical Standing |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | U.S. / Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | 5,837 | 6,197 | 6,052 | 10,908 | 7,207 | 6,403 | |
| | Terminations | 6,195 | 5,950 | 6,014 | 10,209 | 7,183 | 6,199 | |
| | Pending | 3,077 | 3,507 | 3,465 | 3,505 | 2,954 | 2,986 | |
| | % Change in Total Filings — Over Last Year | -5.8 | | | | | | 71 / 8 |
| | Over Earlier Years | | -3.6 | -46.5 | -19.0 | -8.8 | | 59 / 5 |
| | Number of Judgeships | 11 | 11 | 11 | 11 | 11 | 10 | |
| | Vacant Judgeship Months** | .0 | 4.5 | .0 | .0 | 9.5 | .0 | |
| ACTIONS PER JUDGESHIP | FILINGS — Total | 531 | 564 | 550 | 991 | 655 | 640 | 21 / 1 |
| | Civil | 369 | 409 | 394 | 843 | 552 | 533 | 40 / 3 |
| | Criminal Felony | 118 | 115 | 126 | 122 | 103 | 107 | 16 / 2 |
| | Supervised Release Hearings** | 44 | 40 | 30 | 26 | - | - | 13 / 1 |
| | Pending Cases | 280 | 319 | 315 | 319 | 269 | 299 | 81 / 9 |
| | Weighted Filings** | 518 | 544 | 558 | 634 | 566 | 618 | 28 / 2 |
| | Terminations | 563 | 541 | 547 | 928 | 653 | 620 | 20 / 3 |
| | Trials Completed | 25 | 31 | 32 | 31 | 36 | 39 | 25 / 1 |
| MEDIAN TIMES (months) | From Filing to Disposition — Criminal Felony | 5.1 | 5.1 | 5.1 | 4.7 | 5.1 | 5.2 | 6 / 1 |
| | Civil** | 5.3 | 5.7 | 5.3 | 4.4 | 3.4 | 4.3 | 3 / 1 |
| | From Filing to Trial** (Civil Only) | 9.4 | 9.2 | 8.0 | 9.0 | 9.9 | 8.2 | 1 / 1 |
| OTHER | Civil Cases Over 3 Years Old** — Number | 101 | 13 | 58 | 24 | 89 | 43 | |
| | Percentage | 5.1 | .5 | 2.5 | 1.0 | 4.2 | 1.9 | 44 / 8 |
| | Average Number of Felony Defendants Filed Per Case | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 | |
| | Avg. Present for Jury Selection | 44.76 | 41.26 | 42.10 | 45.60 | 48.72 | 41.51 | |
| | Jurors — Percent Not Selected or | 37.3 | 39.9 | 41.9 | 50.6 | 52.9 | 49.3 | |

Challenged

### 2005 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE

| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 4054 | 85 | 657 | 1312 | 37 | 24 | 307 | 412 | 300 | 182 | 404 | 4 | 330 |
| Criminal* | 1287 | 35 | 441 | 98 | 231 | 270 | 26 | 25 | 16 | 34 | 15 | 27 | 69 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

# U.S. DISTRICT COURT — JUDICIAL CASELOAD PROFILE

## DISTRICT OF COLUMBIA

### 12-MONTH PERIOD ENDING SEPTEMBER 30

| | | 2005 | 2004 | 2003 | 2002 | 2001 | 2000 | U.S. Numerical Standing Circuit |
|---|---|---|---|---|---|---|---|---|
| OVERALL CASELOAD STATISTICS | Filings* | 3,383 | 3,121 | 3,461 | 3,382 | 3,377 | 3,682 | 12 69 |
| | Terminations | 3,305 | 3,365 | 3,101 | 3,159 | 3,291 | 3,517 | |
| | Pending | 4,634 | 4,422 | 4,656 | 4,338 | 4,151 | 4,069 | |
| | % Change in Total Filings — Over Last Year | 8.4 | | | | | | |
| | Over Earlier Years | .0 | .0 | -2.3 | .0 | .2 | -8.1 | |
| | Number of Judgeships | 15 | 15 | 15 | 15 | 15 | 15 | |
| | Vacant Judgeship Months** | .0 | .0 | 3.1 | 17.1 | 27.4 | 27.3 | |
| ACTIONS PER JUDGESHIP | FILINGS — Total | 226 | 208 | 231 | 225 | 225 | 245 | 90 |
| | Civil | 180 | 163 | 184 | 179 | 197 | 224 | 86 |
| | Criminal Felony | 30 | 32 | 35 | 34 | 28 | 21 | 89 |
| | Supervised Release Hearings** | 16 | 13 | 12 | 12 | - | - | 57 |
| | Pending Cases | 309 | 295 | 310 | 289 | 277 | 271 | 76 |
| | Weighted Filings** | 272 | 261 | 280 | 271 | 284 | 277 | 85 |
| | Terminations | 220 | 224 | 207 | 211 | 219 | 234 | 89 |
| | Trials Completed | 10 | 15 | 15 | 12 | 12 | 11 | 84 |
| MEDIAN TIMES (months) | From Filing to Disposition — Criminal Felony | 12.9 | 12.8 | 10.2 | 9.6 | 7.7 | 7.2 | 87 |
| | Civil** | 10.8 | 10.3 | 10.3 | 10.5 | 9.8 | 9.9 | 66 |
| | From Filing to Trial** (Civil Only) | 35.0 | 27.4 | 25.0 | 29.0 | 24.0 | 24.0 | 79 |
| OTHER | Civil Cases Over 3 Years Old** — Number | 468 | 408 | 445 | 359 | 282 | 231 | |
| | Percentage | 14.1 | 12.8 | 12.7 | 11.1 | 8.6 | 6.9 | 84 |
| | Average Number of Felony Defendants Filed Per Case | 1.5 | 1.5 | 1.3 | 1.4 | 1.3 | 1.4 | |
| | Avg. Present for Jury Selection | 86.63 | 75.49 | 85.69 | 93.32 | 69.99 | 80.53 | |
| | Jurors — Percent Not Selected or | 53.6 | 50.4 | 56.6 | 55.7 | 51.9 | 56.8 | |

| 2005 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 2698 | 43 | 55 | 711 | 23 | 34 | 168 | 167 | 199 | 72 | 618 | 24 | 584 |
| Criminal* | 448 | 1 | 150 | 22 | 125 | 52 | 14 | 5 | 1 | 12 | 4 | 33 | 29 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."