A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

CARMANSITA WASHINGTON

        Plaintiff(s)       )    **APPEARANCE**

        vs.       )    CASE NUMBER   1:05CV02341-JDB

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY
        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Mark F. Sullivan__ as counsel in this
            (Attorney's Name)

case for: __Washington Metropolitan Area Transit Authority__
          (Name of party or parties)

FEBRUARY 7, 2005
Date

20595
BAR IDENTIFICATION

Signature

MARK F. SULLIVAN
Print Name

600 FIFTH STREET, NW
Address

WASHINGTON, DC 20001
City     State     Zip Code

(202) 962-2814
Phone Number