### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARMANSITA WASHINGTON** | : |
| | : |
| Plaintiff, | : **Civil Action No: 1:05cv2341** |
| | : Judge John D. Bates |
| v. | : |
| | : |
| **WASHINGTON METROPOLITAN AREA** | : |
| **TRANSIT AUTHORITY** | : |
| | : |
| Defendant. | : |

### PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME

Plaintiff, Carmansita Washington, through counsel, Lorenzo Randle and pursuant to Local Civil Rule 7(b), moves this Court for an enlargement of time to file an opposition to Defendant WMATA's Motion to Transfer Case filed February 6, 2006. Plaintiff seeks until February 24, 2006 to file a response. Plaintiff states as follows:

1. Plaintiff has been unable to prepare an opposition to date because of family issues and his case load.

2. The Initial Scheduling Conference is set for Wednesday, February 22, 2006 and the Motion to Transfer is pending.

3. Counsel for Plaintiff telephoned Defendant's counsel to request its consent to the Motion for Enlargement of Time and consent was given by attorney Mark F. Sullivan.

4. The proceeding will not be prejudiced or delayed by the short extension of time.

**WHEREFORE,** for the foregoing reasons, Plaintiff respectfully requests that the motion be granted.

**POINTS AND AUTHORITIES**

Federal Rules of Civil Procedure, Rule 7(b).

                                  Respectfully submitted,

                                  /s/
                              Lorenzo Randle, Bar #379721
                              6811 Kenilworth Avenue, Suite 210
                              Riverdale, MD 20737
                              (301) 779-7111
                              Attorney for Plaintiff

### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CARMANSITA WASHINGTON** | : | |
| | : | |
| Plaintiff, | : | **Civil Action No: 1:05cv2341** |
| | : | **Judge John D. Bates** |
| v. | : | |
| | : | |
| **Washington Metropolitan Area** | : | |
| **Transit Authority** | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

Upon consideration of Plaintiff's Motion for Enlargement of Time, and good cause having been shown, it is by the Court this _____ day of February 2006:

ORDERED, that the motion is granted and Plaintiff shall file its response by February 24, 2006.

_____
United States District Judge

Copies to:

Lorenzo Randle, Esquire
6811 Kenilworth Avenue, Suite 210
Riverdale, MD 20737

Donna L. Gaffney, Esquire
600 Fifth Street NW
Washington, DC 20001

Mark F. Sullivan, Esquire
600 Fifth Street NW
Washington, DC 20001