IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARMANSITA WASHINGTON** | : |
| | : |
| Plaintiff, | : **Civil Action No: 1:05cv2341** |
| | : Judge John D. Bates |
| v. | : |
| | : |
| **WASHINGTON METROPOLITAN AREA** | : |
| **TRANSIT AUTHORITY** | : |
| | : |
| Defendant. | : |

## LINE

    **COMES NOW** Plaintiff, Carmansita Washington, through her attorney, Lorenzo Randle and concedes to Defendant WMATA's Motion to Transfer Case to the United States District Court for the Eastern District of Virginia.

    Respectfully submitted,

    /s/
Lorenzo Randle, Esquire
Bar #379721
6811 Kenilworth Avenue, Suite 210
Riverdale, MD 20737
(301) 779-7111
Attorney for Plaintiff