UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARMANSITA WASHINGTON,**<br><br>Plaintiff,<br><br>v.<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,**<br><br>Defendant. | Civil Action No.  05-2341 (JDB) |

### ORDER

Upon consideration of plaintiff's motion to transfer, defendant's response consenting to the transfer, applicable law, and the entire record herein, it is hereby

**ORDERED** that plaintiff's motion is **GRANTED**; it is further

**ORDERED** that this case is **TRANSFERRED** to the United States District Court for the Eastern District of Virginia.

                                         /s/    John D. Bates
                                          JOHN D. BATES
                                  United States District Judge

Dated:   February 27, 2006

Copies to:

Lorenzo Randle
6811 Kennilworth Avenue
Suite 210
Riverdale, MD 20737
(301) 779-7111
Email: lorandle@earthlink.net
    *Counsel for plaintiff*

Donna Lynn Gaffney
WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
600 Fifth Street, NW
Washington, DC 20001
(202) 962-1466
Fax: (202) 962-2550
Email: dlgaffney@wmata.com
    *Counsel for defendant*