**United States District Court
for the District of Columbia
Clerk's Office
333 Constitution Avenue, NW
Washington, D.C. 20001**

Nancy Mayer-Whittington
Clerk



March 29, 2006

Clerk's Office
U.S. District Court for the
Eastern District of Virginia
Albert V. Bryan
U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

RE:   CARMANSITA WASHINGTON v. WMATA
      05-2341

Dear Clerk:

On February 27, 2006, this Court signed an order transferring the above-entitled case to your Court.

Enclosed is a certified copy of the docket sheet and transfer Order. and all papers filed in this case.

Please acknowledge receipt of our file by signing and returning the enclosed copy of this letter, and also please indicate your case number somewhere in the letter.

NANCY MAYER-WHITTINGTON, Clerk

By: *Laura Chipley*
Laura Chipley, Deputy Clerk

Enclosure(s)

RECEIVED
APR 6 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT